989 A.2d 881

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Dwayne BROWN, Petitioner.**

Supreme Court of Pennsylvania.

Feb. 25, 2009.

***ORDER***

PER CURIAM.

**AND NOW**, this 25th day of February, the Petition for Allowance of Appeal is **GRANTED** with respect to the following issues, rephrased for clarity:

(1) Whether Petitioner's conviction supported solely by out-of-court statements recanted at trial violates the guarantees of due process provided by the Fourteenth Amendment to the United States Constitution or Article I, Section 1 of the Pennsylvania Constitution?

(2) Whether codefendant Walker's statements exculpating Petitioner constituted "statements against interest" and thus were admissible under Pa.R.E. 804(b)(3)?